## Robert Earl WASHINGTON, Petitioner–Appellant,

v.

## Ronald ANGELONE, Respondent–Appellee.

### No. 00–7717.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 17, 2001.

Robert Earl Washington, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Robert Earl Washington seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Washington v. Angelone*, No. CA–00–1482 (E.D. Va. filed Oct. 23, 2000; entered Oct. 26, 2000). We deny Washington's motion to supplement the record because the proposed documents are already contained in the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*